**Douglas Allen ASHCROFT, Plaintiff–Appellant,**

v.

**State of OREGON; et al., Defendants–Appellees.**

**No. 09–35305.**

United States Court of Appeals, Ninth Circuit.

---

*** This disposition is not appropriate for publication and is not precedent except as provid-ed by 9th Cir. R. 36–3.

**302**

Submitted Sept. 22, 2010.*

Filed Oct. 6, 2010.

Douglas Allen Ashcroft, Salem, OR, pro se.

Jeff Payne, Salem, OR, for Defendant–Appellee.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

The district court properly dismissed Douglas Allen Ashcroft's claims as time-barred. *See* Or.Rev.Stat. §§ 12.110(1), 30.275(9) (two-year statute of limitations for personal injury claims); *Jones v. Blanas,* 393 F.3d 918, 927 (9th Cir.2004) ("For actions under 42 U.S.C. § 1983, courts apply the forum state's statute of limitations for personal injury actions[.]"); *see also Wallace v. Kato,* 549 U.S. 384, 388, 127 S.Ct. 1091, 166 L.Ed.2d 973 (2007) (statute begins to run when the plaintiff has a complete and present cause of action).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.